**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| RAMON FUENTES,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONAL TRUST COMPANY DEUTSCHE BANK, et al.,<br><br>        Defendants. | Case No.  22-cv-04953-BLF<br><br>**JUDGMENT OF DISMISSAL** |

Plaintiff's action having been dismissed without prejudice,

It is hereby ordered and adjudged that Plaintiff take nothing by this action and that Judgment is entered for Defendants and against Plaintiff.

Dated: August 8, 2023

_____
BETH LABSON FREEMAN
United States District Judge